IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NATHAN D. CLEM                                                                                               PLAINTIFF

v.                                         Case No. 2:15-CV-2129

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                                                       DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 13) from United States Magistrate Judge Mark E. Ford.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  The Commissioner's Unopposed Motion to Remand (Doc. 12) is GRANTED by the court.  Judgment will be entered accordingly.

**IT IS SO ORDERED** this 1ST day of December, 2015.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE